UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| B4 IT CONSULTING LLC, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> CODESMART INC, *et al.*, <br><br> Defendants. | CASE NO. 3:20-cv-05983-MJP <br><br> ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS |

The Court, having reviewed plaintiffs' application to proceed *in forma pauperis* ("IFP") (Dkt. 1), does hereby find and ORDER:

Because plaintiffs do not appear to have funds available to afford the $400 filing fee, plaintiffs financially qualify for IFP status pursuant to 28 U.S.C. § 1915(a)(1). Therefore, plaintiffs' IFP application (Dkt. 1) is GRANTED. However, the undersigned recommends review of the proposed complaint (Dkt. 1-1) under 28 U.S.C. § 1915(e)(2)(B).

The Clerk of the Court is directed to send a copy of this Order to plaintiff and to the assigned District Judge.

Dated this 8th day of October, 2020.

*J. Richard Creatura*
J. Richard Creatura
United States Magistrate Judge

ORDER GRANTING APPLICATION TO PROCEED IN
FORMA PAUPERIS - 2